### B. F. WILLIAMS, RECEIVER, v. FIRST NATIONAL BANK OF LENOIR.

(Filed 4 December, 1912.)

**Usury.**

> The question in this case of double the amount of interest paid under an usurious contract controlled by the decision of *Ervin v. Bank, ante,* 42.

APPEAL by plaintiff from *Lyon, J.,* at August Term, 1912, of CALDWELL.

The pleadings and facts are in all material respects like those in *Ervin v. Bank,* at this term, except in this case the referee credited the plaintiff with $170.31, the item in controversy, instead of with double the amount paid, as he did in the *Ervin case.* His Honor sustained an exception to allowing the amount, $170.31, as a credit, and the plaintiff excepted and appealed from the judgment rendered.

*W. B. Councill and Lawrence Wakefield for plaintiff.*
*Mark Squires for defendant.*

161—4

ALLEN, J. The decision of this appeal is controlled by *Ervin v. Bank,* at this term, and for the reasons therein stated, it is ordered that the judgment of the Superior Court be reduced by the sum of $170.31.

Reversed.